UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |
| | |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | |
| Plaintiff, | Adv. Proceeding No. 24-05133 |
| v. | |
| BEILE LI, | |
| Defendant. | |

---

## MOTION TO EXEMPT AVOIDANCE CLAIMS FROM MEDIATION PROCEEDINGS

Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") for the debtor Ho Wan Kwok (the "Debtor"), pursuant to the Court's *Order Directing Parties to Mediation, Appointing the Honorable James J. Tancredi as Mediator, and Amending Order Approving Procedures Applicable to Avoidance Claim Adversary Proceedings* [Main Case ECF No. 3163]

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

(the "Avoidance/Mediation Procedures Order")[2], hereby respectfully moves (the "Motion") to exclude the Trustee's claims against defendant Beile Li (a/k/a Xiao Wangzi, Prince Li, Prince, or Little Prince) (the "Defendant") in the above-captioned Avoidance Action from Mediation Proceedings. In support of the Motion, the Trustee respectfully represents the following.

1. This Avoidance Action involves prepetition avoidance claims of at least $259,558.44 and postpetition avoidance claims of at least $200,000.00. Complaint at ¶¶ 2, 4.

2. The Defendant is closely associated with the Debtor, his associates, and the Debtor's alter ego shell companies. *See Memorandum of Decision Granting in Part Motion for Preliminary Injunction* [Adv. Proc. No. 22-05032 ECF No. 128] (the "P.I. Decision") at ¶¶ 11, 12, 14. The Defendant participated in the campaign of protests orchestrated by the Debtor against the Trustee—which harassed the Trustee, the Trustee's law firm, and even the Trustee's daughters. *Id.* at ¶¶ 15, 52.

3. During a protest of the Trustee's law firm, the Defendant stated the following:

> "To everyone at Paul Hastings . . . Millions of People that have been persecuted by the CCP with curse you, will curse your family, curse every single person in your life because there is blood on your hands" and "the people of the New Federal State of China, 500 million of us . . . .we stand against Paul Hastings, and we stand against O'Melveny. There is no going back, there is no recourse. You have committed a crime, and now you're going to suffer the consequences of your actions."

*Id.* at ¶ 52.

4. The Defendant was a plaintiff in a frivolous lawsuit filed in the United States District Court for the Southern District of New York for purportedly being foreign agents for the Chinese Communist Party. *See* Complaint, *Tao An v. Despins*, No. 22-cv-10062 (S.D.N.Y. 2022)

---

[2] All capitalized terms not expressly defined herein shall adopt the definitions set forth in the Avoidance/Mediation Procedures Order.

(the "FARA Action") [Docket No. 1].[3]  The Defendant's claims in the FARA Action were dismissed and the Defendant was sanctioned by the District Court and ordered to pay the FARA Action defendants' attorneys' fees and costs.  [FARA Action ECF Nos. 29, 44.][4]

5.    The Court has determined that the Defendant and the Debtor are "substantially intertwined."  PI Decision at p. 59.

6.    The Trustee thus does not believe that the Defendant will participate in Mediation Proceedings in good faith and that including the Defendant in Mediation Proceedings without realistic prospects to resolve the Trustee's claims would incur needless expense and threaten to disrupt Mediation Proceedings for other participants.

*[The remainder of this page is intentionally left blank.]*

---

[3] Counsel who represents the Defendant in this Avoidance Action did not represent the Defendant in the FARA Action.

[4] After the Defendant was sanctioned in the FARA Action, the Defendant filed a request to withdraw as a plaintiff in that action.  [FARA Action ECF No. 29.]  In denying this request, the District Court observed:

The Court awarded Defendants sanctions of reasonable attorneys' fees and costs against Plaintiffs' counsel and Plaintiffs, including Beile Li. Plaintiff Li may not withdraw after Plaintiffs' claims have been dismissed and the only matter pending is the determination of the amount of sanctions Plaintiffs and Plaintiffs' counsel must pay. Plaintiff Li's attempt to do so reeks of the gamesmanship that has characterized Plaintiffs' conduct in this case and their harassment campaign against Defendants.

[FARA Action ECF No. 42.]

WHEREFORE, the Court should grant the Motion and order such other and further relief as is just and proper.

Dated:  May 29, 2024                LUC A. DESPINS
       New Haven, CT             CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    plinsey@npmlaw.com
    *Counsel for the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>     Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE,<br><br>     Plaintiff,<br><br>v.<br><br>BEILE LI,<br><br>     Defendant. | Adv. Proceeding No. 24-05133 |

**[PROPOSED] ORDER GRANTING
<u>MOTION TO EXEMPT AVOIDANCE CLAIMS FROM MEDIATION PROCEEDINGS</u>**

Upon the motion (the "<u>Motion</u>")[2], filed by Luc A. Despins, in his capacity as Chapter 11 Trustee (the "<u>Trustee</u>") for the debtor Ho Wan Kwok, to exempt the Trustee's claims in the above-captioned Avoidance Action from Mediation Proceedings, and cause having been shown to grant the Motion, it is hereby

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not expressly defined herein shall adopt the definitions as set forth in the Motion.

2

ORDERED, that the Motion is granted as set forth herein; and it is further

ORDERED, that the claims against the Defendant shall be exempted from Mediation Proceedings; and it is further

ORDERED, that the Defendant shall respond to the Trustee's Complaint in this Avoidance Action within thirty (30) days of the entry of this Order, and the Avoidance/Mediation Procedures Order shall otherwise remain in full force and effect.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | |
| Plaintiff, | Adv. Proceeding No. 24-05133 |
| v. | |
| BEILE LI, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 29, 2024, the foregoing was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned adversary proceeding by operation of the Court's electronic filing ("CM/ECF") system. Parties may access this filing through the Court's CM/ECF system.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Dated:    May 29, 2024
           New Haven, Connecticut

                                            By: */s/ Patrick R. Linsey*
                                                  Patrick R. Linsey (ct29437)
                                                  NEUBERT, PEPE & MONTEITH, P.C.
                                                  195 Church Street, 13th Floor
                                                  New Haven, Connecticut 06510
                                                  (203) 781-2847
                                                  plinsey@npmlaw.com