# EXHIBIT A

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

Docket Number(s): 24-914

Motion for: Withdrawal As Party

Caption [use short title]

Set forth below precise, complete statement of relief sought:

Motion to Withdraw From Appeal

An, et al. v. Despins, et al.

MOVING PARTY: Beile Li
OPPOSING PARTY: Luc A. Despins; Paul Hastings LLP

[ ] Plaintiff   [ ] Defendant
[✓] Appellant/Petitioner   [ ] Appellee/Respondent

MOVING ATTORNEY: Ivan Ladd-Smith, Esq.
OPPOSING ATTORNEY: Gina Cora, Esq.; Greg D. Andres, Esq.

[name of attorney, with firm, address, phone number and e-mail]

Spears Manning & Martini, LLC
2425 Post Road, Suite 203, Southport, CT  06890
203-292-9766; ladd-smith@spearsmanning.com

Davis Polk & Wardwell LLP
450 Lexington Avenue, New York, NY  10017
212-450-4000; gina.cora@davispolk.com; greg.andres@davispolk.com

Court- Judge/ Agency appealed from: Honorable Valerie E. Caproni

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain):_____

Opposing counsel's position on motion:
[✓] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [✓] No  [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  [ ] Yes [ ] No
Has this relief been previously sought in this court?  [ ] Yes [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   [ ] Yes [✓] No  If yes, enter date:_____

**Signature of Moving Attorney:**

/s/ Ivan Ladd-Smith    Date: 06/12/2024    Service by: [✓] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

| | |
|---|---|
| TOA AN, *et al.*,<br><br>*Plaintiffs-Appellants,*<br><br>v.<br><br>LUC A. DESPINS, *et al.*,<br><br>*Defendants-Appellees.* | Docket No.: 24-914<br><br><br><br>June 12, 2024 |

### BEILE LI'S MOTION TO WITHDRAW FROM APPEAL

Beile Li respectfully moves to withdraw his appeal in this matter. Mr. Li made it abundantly clear to his counsel in this case, Richard Freeth, that he was not inclined to participate in any appeal. Nevertheless, Attorney Freeth filed an appeal on Mr. Li's behalf disregarding Mr. Li's explicit instructions. Undersigned counsel reached out to Attorney Freeth in an effort to have the appeal on behalf of Mr. Li withdrawn, but those efforts were likewise unsuccessful. The bases for Mr. Li's requested withdrawal are detailed below as follows:

1. On September 2, 2023, Mr. Li emailed his attorney, Richard Freeth, requesting to be withdrawn from the case underlying this appeal, *An, et al. v. Despins, et al.*, United States District Court for the Southern District of New York, Docket No. 22-cv-10062.

2. Mr. Li's September 2, 2023 email to Attorney Freeth also specifically stated, "I am not interested in appealing and do not wish to join as a co-appellant in this case against Despins."

3. On September 5, 2023, Attorney Freeth responded by email to Mr. Li, stating "IF we follow up with the actual appeal, which will require a lot of work, I will have to see how we can note for the record that you are not participating." (emphasis in original)

4. On September 26, 2023, Attorney Freeth filed a Notice in the underlying United States District Court for the Southern District of New York matter requesting that Mr. Li be withdrawn from the case, any further proceedings, including any appeals, and that his name be stricken from the caption. *See* 22-cv-10062, ECF No. 39.

5. On September 29, 2023, Mr. Li emailed Attorney Freeth, noting defendant/appellee Despins' Objection to the "Notice of Withdrawal," and indicating that "we need to make a motion to withdraw."

6. On October 1, 2023, Mr. Li emailed Attorney Freeth as follows: "My thinking is that we let the judge know no one is trying to evade anything, I simply do not want to participate in the appeal. That's it. Thanks."

7. On October 9, 2023, Mr. Li emailed Attorney Freeth, stating "I just wanted to follow up on my previous email to see if you would be open to proactively clearing things up with the court by clarifying that 1) no one is trying to evade judgment and 2) that the purpose of the withdrawal is simply to show that I will not participate in the appeal, no more no less."

8. On October 17, 2023, the United States District Court for the Southern District of New York denied Mr. Li's request to withdraw form the case, noting that his attempt to do so "reeks of gamesmanship[.]"

9. On October 20, 2023, Mr. Li emailed Attorney Freeth: "Just want to follow up again to see about replying to the judge to clarify the purpose of my withdrawal, I think the longer we wait the worse it gets." Attorney Freeth never filed any clarification.

10. On April 5, 2024, Attorney Freeth filed a Notice of Appeal to the Second Circuit in the Southern District of New York matter, which provided: "The Plaintiffs, TAO AN, CHUNGANG GUAN, CUI QINGYUN, HUIMIN LIN, **BEILE LI**, YANMING WANG, TAO ZHENG, ZHENG HU, YUAN CAO, LINWAN FENG, provide notice of their intent to appeal to the United States Court of Appeals for the 2nd Circuit from the final judgment granting Defendants' application for costs and fees, entered on March 18, 2024." *See* ECF No. 45 (emphasis added).

11. On April 29, 2024, undersigned counsel wrote to Attorney Freeth by email, noting that Mr. Li was not consulted in the decision to appeal, did not want to participate, and wished to be withdrawn from the appeal.

12. Attorney Freeth responded to undersigned counsel the same day, stating that, "[a]lthough the court may continue to show his name, we assumed that his prior request was still in effect therefore we did not include him in any of our filings."

13. On May 1, 2024, undersigned counsel wrote to Attorney Freeth by email explaining that the Second Circuit Docket No.: 24-914 lists Mr. Li as "Plaintiff – Appellant," as does the Notice of Appeal itself.

14. Attorney Freeth again responded the same day, noting that, "[i]f it remains in the 2d Circuit, I will write the Clerks office to point out that we did not indicate Mr. Li as an Appellant and ask that it be reflected in the record."

3

15. On May 3, 2024, undersigned counsel wrote to Attorney Freeth as follows: "The inclusion of Mr. Li as an appellant occurred because he was affirmatively selected as participating in the appeal within the District Court's ECF system. As Mr. Li did not authorize an appeal on his behalf, we again respectfully request that you move to have him withdrawn from the appeal. Regardless of whether the appeal remains in the Second Circuit, the listing of Mr. Li as an appellant should not be reflected in the record in light of his expressed desire to no longer participate in the case."

16. On May 21, 2024, having received no response, undersigned counsel wrote to Attorney Freeth asking if he had availability for a phone call to discuss Mr. Li's withdrawal.

17. Attorney Freeth responded the same day, noting that, "It would help me to know the purpose of the call, it would be more efficient. You wrote me regarding [Mr. Li's] desire not to participate in the appeal, and it was honored."

18. Undersigned counsel replied to Attorney Freeth the same day, noting an apparent disconnect in light of Mr. Li's continued listing as an appellant in the above captioned case. Undersigned counsel further indicated that if Attorney Freeth refused to move to have Mr. Li withdrawn, undersigned may have to appear in this case solely to explain that Mr. Li never authorized this appeal in the first place such that he should be withdrawn.

19. Attorney Freeth has since not responded, and there is no indication that Attorney Freeth ever followed through with a request that it be reflected in the record that Mr. Li is not an appellant in this matter.

20. Undersigned counsel has appeared in this case solely to respectfully request that Mr. Li be withdrawn from this appeal at this time.

Respectfully submitted,

*Attorney for Beile Li*

By: /s/ Ivan J. Ladd-Smith
Ivan J. Ladd-Smith (ct30972)
SPEARS MANNING & MARTINI LLC
2425 Post Road, Suite 203
Southport, CT 06890
Tel: (203) 292-9766
Fax: (203) 292-9682
ladd-smith@spearsmanning.com

5

## CERTIFICATION

I hereby certify that on June 12, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: /s/ Ivan J. Ladd-Smith
Ivan J. Ladd-Smith (ct30972)
SPEARS MANNING & MARTINI LLC
2425 Post Road, Suite 203
Southport, CT 06890
Tel: (203) 292-9766
Fax: (203) 292-9682
ladd-smith@spearsmanning.com