**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| HO WAN KWOK, *et al.*, | : | Case No. 22-50073 |
|     Debtors. | : | |
| | : | |
| LUC A. DESPINS, CHAPTER | : | Adv. Proc. No 24-05133 |
| 11 TRUSTEE, | : | Re: ECF No. 34 |
|     Plaintiff, | : | |
| v. | : | |
| BEILE LI, | : | |
|     Defendant. | : | |
| | : | |

### ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

Upon consideration of the Motion to Withdraw as Attorney (the "Motion" ECF No. 34) filed by Joseph W. Martini ("Attorney Martini"), which seeks this Court's permission for Joseph W. Martini and Ivan Ladd-Smith to withdraw as counsel in the above-captioned case on behalf of Beile Li; and good cause appearing therefore as set forth in the Motion, and after a hearing on the Motion held on September 23, 2025, and because the Defendant filed a Pro Se Filer/Litigant Appearance, ECF No. 40, it is hereby:

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the appearances of Joseph W. Martini and Ivan Ladd-Smith for Beile Li are withdrawn.

Dated at Bridgeport, Connecticut this 24th day of September, 2025.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut